Michael L. Greenwald (*pro hac vice*)
Greenwald Davidson Radbil PLLC
5550 Glades Road, Suite 500
Boca Raton, FL 33431
Tel: (561) 826-5477
Fax: (561) 961-5684
mgreenwald@gdrlawfirm.com

Attorney for Plaintiff Kourtney Richardson

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| Kourtney Richardson, *on behalf of herself and others similarly situated*, | ) Case No. 4:17-cv-02047-YGR |
| | ) |
| | ) **STIPULATION OF DISMISSAL** |
| Plaintiff, | ) **WITH PREJUDICE** |
| | ) |
| vs. | ) |
| | ) |
| Rash Curtis & Associates, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

Pursuant to Rule 41(a)(1)(A)(2) of the Federal Rules of Civil Procedure, Plaintiff Kourtney Richardson and Defendant Rash Curtis & Associates stipulate to the dismissal of this action with prejudice with respect to Plaintiff's claims and without prejudice with respect to the claims of members of the proposed classes, with each party to bear its own attorneys' fees and costs.

-1-
Stipulation of Dismissal

-2-

Date: March 15, 2018

/s/ Michael L. Greenwald
Michael L. Greenwald (pro hac vice)
Greenwald Davidson Radbil PLLC
5550 Glades Road, Suite 500
Boca Raton, FL 33431
Tel: (561) 826-5477
Fax: (561) 961-5684
mgreenwald@gdrlawfirm.com

*Counsel for Plaintiff*

/s/ Mark E. Ellis
Mark E. Ellis
Ellis Law Group LLP
1425 River Park Drive
Suite 400
Sacramento, CA  95815
Tel: (916) 283-8820
Fax: (916) 283-8821
mellis@ellislawgrp.com

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was filed electronically on March 15, 2018, via the Court Clerk's CM/ECF system, which will provide notice to all counsel of record.

/s/ Michael L. Greenwald
Michael L. Greenwald

-2-
Stipulation of Dismissal