Michael L. Greenwald (*pro hac vice*)
Greenwald Davidson Radbil PLLC
5550 Glades Road, Suite 500
Boca Raton, FL 33431
Tel: (561) 826-5477
Fax: (561) 961-5684
mgreenwald@gdrlawfirm.com

Attorney for Plaintiff Kourtney Richardson

**GRANTED**
Judge Yvonne Gonzalez Rogers
3/19/2018

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| Kourtney Richardson, *on behalf of herself and others similarly situated*,<br><br>Plaintiff,<br><br>vs.<br><br>Rash Curtis & Associates,<br><br>Defendant. | Case No. 4:17-cv-02047-YGR<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to Rule 41(a)(1)(A)(2) of the Federal Rules of Civil Procedure, Plaintiff Kourtney Richardson and Defendant Rash Curtis & Associates stipulate to the dismissal of this action with prejudice with respect to Plaintiff's claims and without prejudice with respect to the claims of members of the proposed classes, with each party to bear its own attorneys' fees and costs.

-1-
Stipulation of Dismissal

Date: March 15, 2018

| | |
|---|---|
| /s/ Michael L. Greenwald<br>Michael L. Greenwald (pro hac vice)<br>Greenwald Davidson Radbil PLLC<br>5550 Glades Road, Suite 500<br>Boca Raton, FL 33431<br>Tel: (561) 826-5477<br>Fax: (561) 961-5684<br>mgreenwald@gdrlawfirm.com<br><br>*Counsel for Plaintiff* | /s/ Mark E. Ellis<br>Mark E. Ellis<br>Ellis Law Group LLP<br>1425 River Park Drive<br>Suite 400<br>Sacramento, CA 95815<br>Tel: (916) 283-8820<br>Fax: (916) 283-8821<br>mellis@ellislawgrp.com<br><br>*Counsel for Defendant* |

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was filed electronically on March 15, 2018, via the Court Clerk's CM/ECF system, which will provide notice to all counsel of record.

/s/ Michael L. Greenwald
Michael L. Greenwald